IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PAUL WETHERN, | Case No. 25-cv-10545-CRB |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| PATRICK PEKIN, et al., | |
| Defendants. | |

Plaintiff failed to respond to Defendants' motion to dismiss, and then failed to respond to this Court's order to show cause why the case should not be dismissed for failure to prosecute. See OSC (dkt. 17). That OSC warned Plaintiff that "[f]ailure to respond to this order . . . could lead to dismissal with prejudice." Id. at 1. Accordingly, the Court DISMISSES this case with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: May 12 , 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California